# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**Hammond Division**

In Re: Debtor(s) (name(s) and address)
Arlene Norman
xxx−xx−2505
7716 Delmar Street
Hammond, IN 46324

Case Number: 16−22802−kl

Chapter: 13

## ORDER AND NOTICE

Hearing held on April 4, 2017 , on the Confirmation of the Plan filed by the Debtor(s).

The Chapter 13 Trustee appears.

Neither the Debtor(s) nor the Attorney for the Debtor(s) were required to appear at the Hearing Pursuant to the Order setting Confirmation Hearing.

Submitted.

The Court takes judicial notice that an Objection to the Plan has been filed by One Main Financial("Objectant").

The Trustee reports that absent said Objection, the Plan meets all the requirements of §§1322 and 1325 of Title 11 and with the other applicable provisions of Title 11. Accordingly, the Trustee reports that in the event that said Objection is either settled by an agreed entry, is withdrawn, or is denied on the merits by the Court, the Trustee recommends that the Court enter an Order confirming said Plan without further notice and hearing.

The Objectant having filed an Objection to Confirmation, which is a contested matter pursuant to Fed. R. Bk. P. 9014, the Court now directs, pursuant to Fed. R. Bk. P. 9014, and N.D. Ind. L. B. R. B−7016−1, that Fed. R. Bk. P. 7016 and Fed. R. Civ. P. 16 apply to said matter, and that a Pre−hearing Conference therein be held in the Chambers of this Court, at Hammond, Indiana, on the 17th day of May, 2017 at 9:20 o'clock A.M., or as soon thereafter as counsel may be heard.

**SO ORDERED**, and it is further,

**ORDERED**, that in the event the Objection by the Objectant is either settled by an Agreed entry, is withdrawn, or is denied on the merits, the Court may enter an Order Confirming the Plan of the Debtor(s) without further notice and hearing.

Dated: April 7, 2017

Kent Lindquist

Judge, United States Bankruptcy Court

Document No. 59 − 49

WE−34N
Rev. 06/21/07